THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD 
 NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED 
 BY RULE 239(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Jonathon M. Johnson,       
Appellant.
 
 
 

Appeal From Orangeburg County
Edward B. Cottingham, Circuit Court 
 Judge

Unpublished Opinion No. 2004-UP-570
Submitted November 1, 2004  Filed November 
 15, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor Walter M. Bailey, Jr., of Summerville, for Respondent.
 
 
 

PER CURIAM:  Jonathon Johnson appeals his 
 conviction for kidnapping.  Based on Johnsons prior record, the trial judge 
 sentenced him to life imprisonment without the possibility of parole.
Pursuant to Anders v. California, 
 386 U.S. 738 (1967), counsel for Johnson attached to the final brief a petition 
 to be relieved as counsel, stating she had reviewed the record and concluded 
 Johnsons appeal is without legal merit sufficient to warrant a new trial.  
 Johnson did not file a separate pro se response.
After a thorough review of the record pursuant to Anders 
 and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss 
 the appeal and grant counsels petition to be relieved.
 APPEAL DISMISSED. [1] 
 
 HUFF, BEATTY, and KITTREDGE, JJ., concur.

 
 
 [1]   Because oral argument would not aid the court in resolving the issues 
 on appeal, we decide this case without oral argument pursuant to Rule 215, 
 SCACR.